*In re* ENMIENDA A LA ORDEN ADMINISTRATIVA I DE 20 DE ENERO DE 1995 SOBRE REGLAS DE PROCEDIMIENTO CIVIL TRANSITORIAS.

*Número:* I                    *Resuelto:* 30 de junio de 1999

## ORDEN I

Se deja sin efecto la Orden Administrativa Núm. I de 20 de enero de 1995 sobre Reglas de Procedimiento Civil Transitorias, según enmendada el 23 de enero de 1995, cuyo propósito consistió en atemperar ciertas reglas de Procedimiento Civil a los cambios hechos a la Ley de la Judicatura de Puerto Rico de 1994. Las Reglas de Procedimiento Civil Transitorias fueron adoptadas mediante la Ley Núm. 249 de 25 de diciembre de 1995 (32 L.P.R.A. Ap. III) y entraron en vigor el 1ro de mayo de 1996.

Se reitera que en lo que respecta a los procedimientos de apelación, *certiorari* y certificación ante el Tribunal Supremo, regirá lo dispuesto en el Reglamento del Tribunal Supremo.

Esta Orden Administrativa entrará en vigor el 1ro de julio de 1999.

*Publíquese.*

Lo decretó y firma.

(*Fdo.*) José A. Andréu Gracía
*Juez Presidente del Tribunal Supremo*

CERTIFICO:

*(Fdo.)* Mercedes M. Bauermeister
*Directora Administrativa de los Tribunales*